*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 2:21-mc-00439 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on   March 25,2021
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.

whose address is   8452 Katella Ave, Stanton CA 90680

and against   XIAO HUA MA

whose last known address is   1532 PROSPECT AVE, SAN GABRIEL  CA 91776

for $ 63,594.24          Principal,  $  5,366.73          Interest,  $ 0          Costs,

and $ 0.00          Attorney Fees.

ATTESTED this   **31**   day of **March**   ,20**21**

Judgment debtor's driver's license no. and state; _____   (last 4 digits) ☒ Unknown.

Judgment debtor's Social Security number;   4754          (last 4 digits) ☐ Unknown.

☒  No stay of enforcement ordered by Court

☐  Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

XIAO HUA MA

1532 PROSPECT AVE

SAN GABRIEL CA 91776

CLERK, U.S. DISTRICT COURT

By _____
                    Deputy Clerk

Daniel Tamayo

1246

***NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.***